**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **KYRON SHAKEEL SWASO,**<br>**Petitioner,**<br>**v.**<br><br>**KRISTI NOEM, et al.,**<br>**Respondents.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **NO. 5:26-cv-00980-MRA-KS**<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, the submissions filed by the parties, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections to the Report has passed and no Objections were filed. Having completed its review, the Court accepts the findings and recommendations set forth in the Report.

Accordingly, IT IS ORDERED that Judgment shall be entered: (1) DENYING the Petition as MOOT; (2) denying and terminating all pending motions and applications as MOOT; and (3) DISMISSING this action without prejudice.

DATED: September 11, 2026

HON. MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE